No. 89–6453. PRINCE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–6460. BREWER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 89–6465. CASSELL *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 89–6473. GONZALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6474. BISHOP *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–6475. PERLAZA-MOSQUERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6478. CASTO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6480. SALINAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6481. COLLIER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–6483. DAVIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 89–6485. DEQUIERO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6487. PRESSLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6490. GORDON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–6497. BLOCH ET AL. *v.* PILGRIM PSYCHIATRIC CENTER. Ct. App. N. Y. Certiorari denied.

No. 89–6524. SCHULTZ *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.